**Order filed December 5, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-01064-CV
_____

## ROBERT L. BURKE, M.D., AND FONDREN ORTHOPEDIC GROUP, L.L.P., Appellants

## V.

## RICK AND JANA GARDNER, Appellees

On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 67170-A

## O R D E R

The clerk's record was filed December 2, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order denying defendants' motion to dismiss plaintiff's expert report signed November 5, 2013.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before January 6, 2014, containing the order denying defendants' motion to dismiss plaintiff's expert report signed November 5, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM